Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 7, 2023

**Chapter 13 Case # 19-14145**

Re:  DIANE LOPEZ  
     409 10TH STREET  
     UNION CITY, NJ  07087

Atty:  CABANILLAS & ASSOCIATES, PC  
       120 BLOOMINGDALE ROAD  
       SUITE 400  
       WHITE PLAINS, NY  10605

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/06/2019 | $550.00 | 1669314853 | 04/02/2019 | $550.00 | 5754077000 |
| 05/02/2019 | $550.00 | 5830001000 | 06/04/2019 | $550.00 | 5915445000 |
| 07/08/2019 | $550.00 | 5996844000 | 08/05/2019 | $550.00 | 6073024000 |
| 09/04/2019 | $550.00 | 6148832000 | 10/11/2019 | $550.00 | 6246868000 |
| 11/06/2019 | $550.00 | 6314304000 | 12/10/2019 | $550.00 | 6388103000 |
| 01/08/2020 | $550.00 | 6467269000 | 02/07/2020 | $550.00 | 6546055000 |
| 03/06/2020 | $550.00 | 6621484000 | 04/07/2020 | $550.00 | 6697013000 |
| 05/07/2020 | $550.00 | 6775141000 | 07/08/2020 | $550.00 | 6925765000 |
| 08/11/2020 | $550.00 | 7006145000 | 09/09/2020 | $550.00 | 7073570000 |
| 10/08/2020 | $550.00 | 7147118000 | 11/18/2020 | $550.00 | 7242220000 |
| 12/14/2020 | $550.00 | 7302842000 | 01/12/2021 | $550.00 | 7375576000 |
| 02/12/2021 | $550.00 | 7449023000 | 03/11/2021 | $550.00 | 7516458000 |
| 04/01/2021 | $550.00 | 7567548000 | 04/14/2021 | $550.00 | 7597788000 |
| 05/11/2021 | $550.00 | 7664562000 | 06/15/2021 | $550.00 | 7743818000 |
| 07/13/2021 | $550.00 | 7808159000 | 08/10/2021 | $550.00 | 7870436000 |
| 09/14/2021 | $550.00 | 7947334000 | 10/15/2021 | $550.00 | 8016291000 |
| 11/10/2021 | $550.00 | 8075181000 | 12/14/2021 | $550.00 | 8145189000 |
| 01/14/2022 | $550.00 | 8210985000 | 02/22/2022 | $550.00 | 8285463000 |
| 03/21/2022 | $550.00 | 8348944000 | 04/18/2022 | $550.00 | 8408721000 |
| 05/18/2022 | $550.00 | 8473166000 | 06/15/2022 | $550.00 | 8531220000 |
| 07/25/2022 | $550.00 | 8603627000 | 08/19/2022 | $550.00 | 8657915000 |
| 09/19/2022 | $550.00 | 8717159000 | 10/18/2022 | $550.00 | 8773795000 |
| 11/28/2022 | $550.00 | 8844844000 | 11/29/2022 | $550.00 | 8850044000 |
| 12/01/2022 | ($550.00) | 8844844000 | 12/13/2022 | $550.00 | 28305338400 |
| 12/30/2022 | $550.00 | 28132197581 | 01/24/2023 | $550.00 | 28498564168 |
| 02/22/2023 | $550.00 | 28493429005 | 03/21/2023 | $550.00 | 28493443675 |
| 05/01/2023 | $550.00 | 28597002715 | | | |

**Total Receipts: $28,050.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $28,050.00**

**Chapter 13 Case # 19-14145**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,579.04 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CHASE BANK USA, N.A. | UNSECURED | 1,297.46 | 100.00% | 1,227.20 | 70.26 |
| 0004 | WILMINGTON SAVINDS FUND SOCIETY F | MORTGAGE ARRE | 18,051.69 | 100.00% | 18,051.69 | 0.00 |
| 0005 | CITIBANK NA | UNSECURED | 1,759.51 | 100.00% | 1,664.24 | 95.27 |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,993.92 | 100.00% | 1,885.95 | 107.97 |
| 0007 | LVNV FUNDING LLC | UNSECURED | 1,671.23 | 100.00% | 1,580.74 | 90.49 |
| 0008 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,217.51 | 100.00% | 1,151.58 | 65.93 |
| 0010 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 147.49 | 100.00% | 139.50 | 7.99 |
| 0013 | TOYOTA MOTOR CREDIT | UNSECURED | 56.37 | 100.00% | 53.32 | 3.05 |
| 0014 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 214.09 | 100.00% | 202.49 | 11.60 |

**Total Paid: $27,535.75**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | | | | | | | |
| | 04/18/2022 | $85.62 | 889310 | | 05/16/2022 | $82.40 | 891011 |
| | 06/20/2022 | $164.79 | 892702 | | 07/18/2022 | $82.39 | 894420 |
| | 09/19/2022 | $164.79 | 897595 | | 11/14/2022 | $82.40 | 900835 |
| | 12/12/2022 | $80.69 | 902389 | | 01/09/2023 | $161.37 | 903873 |
| | 02/13/2023 | $161.38 | 905405 | | 03/13/2023 | $80.69 | 907017 |
| | 04/17/2023 | $80.68 | 908609 | | | | |
| CITIBANK NA | | | | | | | |
| | 02/14/2022 | $6.11 | 885533 | | 04/18/2022 | $110.00 | 888920 |
| | 05/16/2022 | $111.74 | 890662 | | 06/20/2022 | $223.47 | 892328 |
| | 07/18/2022 | $111.74 | 894077 | | 09/19/2022 | $223.48 | 897223 |
| | 11/14/2022 | $111.74 | 900469 | | 12/12/2022 | $109.42 | 902041 |
| | 01/09/2023 | $218.84 | 903534 | | 02/13/2023 | $218.85 | 905036 |
| | 03/13/2023 | $109.42 | 906652 | | 04/17/2023 | $109.43 | 908217 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 04/18/2022 | $9.73 | 889378 | | 05/16/2022 | $9.37 | 891071 |
| | 06/20/2022 | $18.73 | 892767 | | 07/18/2022 | $9.37 | 894478 |
| | 09/19/2022 | $18.73 | 897662 | | 11/14/2022 | $9.37 | 900900 |
| | 12/12/2022 | $9.17 | 902445 | | 01/09/2023 | $18.34 | 903934 |
| | 02/13/2023 | $18.35 | 905471 | | 03/13/2023 | $9.17 | 907080 |
| | 04/17/2023 | $9.17 | 908684 | | | | |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 05/20/2019 | $1,037.30 | 825686 | | 06/17/2019 | $528.00 | 827687 |
| | 07/15/2019 | $528.00 | 829542 | | 08/19/2019 | $528.00 | 831529 |
| | 09/16/2019 | $528.00 | 833539 | | 10/21/2019 | $541.75 | 835568 |
| | 11/18/2019 | $521.40 | 837639 | | 12/16/2019 | $521.40 | 839564 |

Chapter 13 Case # 19-14145

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 02/14/2022 | $5.80 | 886162 | | 04/18/2022 | $104.48 | 889598 |
| | 05/16/2022 | $106.13 | 891284 | | 06/20/2022 | $212.27 | 892985 |
| | 07/18/2022 | $106.13 | 894664 | | 09/19/2022 | $212.27 | 897863 |
| | 11/14/2022 | $106.12 | 901082 | | 12/12/2022 | $103.94 | 902629 |
| | 01/09/2023 | $207.86 | 904128 | | 02/13/2023 | $207.87 | 905669 |
| | 03/13/2023 | $103.93 | 907272 | | 04/17/2023 | $103.94 | 908885 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 02/14/2022 | $6.92 | 8002683 | | 04/18/2022 | $124.66 | 8002785 |
| | 04/18/2022 | $80.34 | 8002785 | | 05/16/2022 | $77.32 | 8002843 |
| | 05/16/2022 | $126.62 | 8002843 | | 06/20/2022 | $253.25 | 8002892 |
| | 06/20/2022 | $154.64 | 8002892 | | 07/18/2022 | $77.32 | 8002950 |
| | 07/18/2022 | $126.62 | 8002950 | | 09/19/2022 | $253.25 | 8003048 |
| | 09/19/2022 | $154.64 | 8003048 | | 11/14/2022 | $77.31 | 8003148 |
| | 11/14/2022 | $126.63 | 8003148 | | 12/12/2022 | $124.00 | 8003201 |
| | 12/12/2022 | $75.72 | 8003201 | | 01/09/2023 | $151.43 | 8003257 |
| | 01/09/2023 | $248.00 | 8003257 | | 02/13/2023 | $248.00 | 8003309 |
| | 02/13/2023 | $151.43 | 8003309 | | 03/13/2023 | $75.72 | 8003367 |
| | 03/13/2023 | $124.00 | 8003367 | | 04/17/2023 | $124.00 | 8003414 |
| | 04/17/2023 | $75.71 | 8003414 | | | | |
| TOYOTA MOTOR CREDIT | | | | | | | |
| | 05/16/2022 | $7.30 | 891824 | | 06/20/2022 | $7.16 | 893575 |
| | 09/19/2022 | $10.74 | 898424 | | 12/12/2022 | $7.08 | 903141 |
| | 01/09/2023 | $7.01 | 904638 | | 02/13/2023 | $7.01 | 906208 |
| | 04/17/2023 | $7.02 | 909451 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 04/18/2022 | $14.12 | 888938 | | 05/16/2022 | $13.61 | 890677 |
| | 06/20/2022 | $27.19 | 892345 | | 07/18/2022 | $13.59 | 894092 |
| | 09/19/2022 | $27.19 | 897242 | | 11/14/2022 | $13.60 | 900485 |
| | 12/12/2022 | $13.31 | 902058 | | 01/09/2023 | $26.63 | 903549 |
| | 02/13/2023 | $26.63 | 905053 | | 03/13/2023 | $13.31 | 906668 |
| | 04/17/2023 | $13.31 | 908233 | | | | |
| WILMINGTON SAVINDS FUND SOCIETY FSB | | | | | | | |
| | 01/13/2020 | $521.40 | 840622 | | 02/10/2020 | $521.40 | 842496 |
| | 03/16/2020 | $521.40 | 844369 | | 04/20/2020 | $521.40 | 846317 |
| | 05/18/2020 | $495.00 | 848285 | | 06/15/2020 | $495.00 | 849971 |
| | 08/17/2020 | $508.75 | 853611 | | 09/21/2020 | $508.75 | 855380 |
| | 10/19/2020 | $508.75 | 857299 | | 11/16/2020 | $508.75 | 859096 |
| | 12/21/2020 | $508.75 | 860859 | | 02/22/2021 | $1,017.50 | 864283 |
| | 03/15/2021 | $508.75 | 866264 | | 04/19/2021 | $508.75 | 867825 |
| | 05/17/2021 | $1,017.50 | 869784 | | 06/21/2021 | $517.00 | 871542 |
| | 07/19/2021 | $517.00 | 873404 | | 08/16/2021 | $517.00 | 875095 |
| | 09/20/2021 | $517.00 | 876816 | | 10/18/2021 | $517.00 | 878613 |
| | 11/17/2021 | $522.50 | 880323 | | 12/13/2021 | $522.50 | 881979 |
| | 02/14/2022 | $1,015.99 | 885286 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: June 07, 2023.

Receipts: $28,050.00     -     Paid to Claims: $25,956.71     -     Admin Costs Paid: $1,579.04     =     Funds on Hand: $514.25

Unpaid Balance to Claims: $452.56     +     Unpaid Trustee Comp: $0.00     =     Total Unpaid Balance: **($61.69)

**NOTE: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.