Certificate Number: 05781-NJ-DE-037755950

Bankruptcy Case Number: 19-14145



05781-NJ-DE-037755950

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2023, at 8:48 o'clock PM PDT, Dianne Lopez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 11, 2023                By:   /s/Allison M Geving

                                          Name:   Allison M Geving

                                          Title:   President