Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  19−14145−VFP
    Chapter:  13
    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diane Lopez
   aka Dianne Lopez
   409 10th Street
   Union City, NJ 07087

Social Security No.:
   xxx−xx−4111

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 19, 2023</u>        <u>Vincent F. Papalia</u>
                                      Judge, United States Bankruptcy Court